**Opinion filed July 16, 2026**



# In The

# Eleventh Court of Appeals

_____

## No. 11-26-00182-CR

_____

## JUSTIS RAY GUYNES, Appellant

## V.

## THE STATE OF TEXAS, Appellee

**On Appeal from the 132nd District Court**

**Scurry County, Texas**

**Trial Court Cause No. 10974**

## M E M O R A N D U M   O P I N I O N

Appellant, Justis Ray Guynes, appealed the trial court's judgment revoking his community supervision for the third-degree felony offense of possession of a controlled substance.  *See* TEX. HEALTH & SAFETY CODE ANN. § 481.115(c) (West Supp. 2025).  Appellant has now filed an unopposed motion to dismiss the appeal. The motion is signed by Appellant and Appellant's attorney in accordance with Rule 42.2(a) of the Texas Rules of Appellate Procedure.  TEX. R. APP. P. 42.2(a).

We grant Appellant's motion and dismiss this appeal.


W. BRUCE WILLIAMS

JUSTICE


July 16, 2026

Do not publish. *See* TEX. R. APP. P. 47.2(b).

Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.